UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.C.P., <br><br> Petitioner, <br><br> v. <br><br> MINGA WOFFORD, Mesa Verde ICE Processing Center Facility Administrator; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, <br><br> Respondents. | No. 1:25-cv-01354-KES-SKO (HC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE <br><br> Doc. 19 |

Petitioner J.A.C.P. is a noncitizen proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition. Doc. 19. Those findings and recommendations were served upon all parties

and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.

On February 5, 2026, respondents filed objections to the findings and recommendations. Doc. 20. They state that they "object to the recommendation to grant the petition for the same reasons set forth in Respondents' Opposition to Motion for Temporary Restraining Order." *Id.* Respondents do not raise any new arguments.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 30, 2026, Doc. 19, are adopted in full;
2. The petition for writ of habeas corpus is granted;
3. If the government seeks to re-detain petitioner, it must provide no less than seven (7) days' notice to petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered; and
3. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   February 6, 2026

_____
UNITED STATES DISTRICT JUDGE

2